UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEFFREY BERKOWITZ, and JEFFREY BERKOWITZ, individually,<br><br>      Plaintiffs,<br><br>v.<br><br>ACORN OFFICE PRODUCTS LLC; AUTOMATION AIDS; COMPUTER SYKES INC.; A&E OFFICE AND INDUSTRIAL SUPPLY; SUPPORT OF MICROCOMPUTERS ASSOCIATED; WOW IMAGING PRODUCTS LLC; APRISA TECHNOLOGY LLC; ENTERPRISE TECHNOLOGY SOLUTIONS; FIRSTCALL OFFICE SOLUTIONS; SUPPLY SAVER CORPORATION; UNITED OFFICE SOLUTIONS, INC.; VEE MODEL MANAGEMENT CONSULTING; CAPRICE ELECTRONICS, INC.; and COMPUTECH DATA SYSTEMS,<br><br>      Defendants. | **Case No. 13-cv-8185**<br><br>**JUDGE EDMOND E. CHANG**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF-RELATOR JEFFERY BERKOWITZ'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO CERTAIN DEFENDANTS**

  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff-Relator Jeffery Berkowitz by his counsel, Behn & Wyetzner, Chartered, hereby voluntarily dismisses all claims in this action without prejudice against the following five defendants only (the "Dismissed Defendants"):

- Acorn Office Products, LLC;
- Computer Sykes, Inc.;

- WOW Imaging Products LLC;

- Enterprise Technology Solutions; and,

- FirstCall Office Solutions.

The Dismissed Defendants have not answered or moved for summary judgment, so dismissal is appropriate under Federal Rule Civil Procedure 41(a)(1)(A)(i). The Attorney General, pursuant to 31 U.S.C. § 3730(b)(1), provided Relator with written consent to dismiss this action against the Dismissed Defendants and also provided its reasons for doing so.

Dated: March 29, 2016

Respectfully submitted,

/s/ Linda Wyetzner
Attorney for Relator Berkowitz

Linda Wyetzner
lwyetzner@behnwyetzner.com
Daniel R. Hergott
dhergott@behnwyetzner.com
BEHN & WYETZNER, CHARTERED
828 Davis St., Suite 303
Evanston, IL 60201
Tel: (312) 629-0000
Fax: (224) 420-3172

H. Vincent McKnight
vmcknight@sanfordheisler.com
Altomease R. Kennedy
akennedy@sanfordheisler.com
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW, Suite 300
Washington, DC 2009
Tel: (202) 499-5204
Fax: (202) 499-5199

*Attorneys for Plaintiff-Relator Berkowitz*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 29, 2016, I electronically filed the foregoing **PLAINTIFF-RELATOR JEFFERY BERKOWITZ'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO CERTAIN DEFENDANTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Dated: March 29, 2016            Respectfully submitted,

                                                   /s/ Linda Wyetzner
                                                   Attorney for Relator Berkowitz

                                                   Linda Wyetzner
                                                   lwyetzner@behnwyetzner.com
                                                   Daniel R. Hergott
                                                   dhergott@behnwyetzner.com
                                                   BEHN & WYETZNER, CHARTERED
                                                   828 Davis St., Suite 303
                                                   Evanston, IL 60201
                                                   Tel: (312) 629-0000
                                                   Fax: (224) 420-3172

                                                   *Attorneys for Plaintiff-Relator Berkowitz*