# List of Exhibits

GSA Training Manual entitled "GSA Schedule vs. Open Market"..............................Exhibit A

GSA memo dated September 17, 2015 entitled "Multiple Award Schedule 23V Ordering Instructions"..............................Exhibit B

GSA PowerPoint Presentation entitled "An Advanced Overview of Multiple Awards Schedule Contracts" ..............................Exhibit C

GSA PowerPoint Presentation entitled "Ensuring an Exceptional Multiple Award Schedule Report Card"..............................Exhibit D

Automation Aids, Inc. Sales Data..............................Exhibit E

GSA Letter dated April 19, 2010..............................Exhibit F

GSA Letter dated May 5, 2010..............................Exhibit G

GSA Letter dated October 15, 2010 ..............................Exhibit H

A&E Sales Data ..............................Exhibit I

SOMA Sales Data..............................Exhibit J

Aprisa Sales Data..............................Exhibit K

GSA Letter dated September 14, 2012 ..............................Exhibit L

Supply Saver Sales Data..............................Exhibit M

United Sales Data..............................Exhibit N

Vee Model Sales Data..............................Exhibit O

Caprice Sales Data ..............................Exhibit P

Computech Sales Data ..............................Exhibit Q

Automation Aids Open Market Violations..............................Exhibit R

A&E Supply Open Market Violations..............................Exhibit S

SOMA Open Market Violations..............................Exhibit T

Aprisa Open Market Violations..............................Exhibit U

Vee Model Open Market Violations....................................................................Exhibit V

Caprice Open Market Violations.......................................................................Exhibit W

Computech Open Market Violations..................................................................Exhibit X