# Exhibit F



GSA Federal Acquisition Service

April 19, 2010

Dear **Contract Administrator:**

**SUBJECT: Trade Agreements Act Compliance**

The General Services Administration recently conducted a review of your Electronic Catalog on GSA *Advantage!* Based on the country of origin listed in the product description, the following product(s) appear to be noncompliant with FAR Clause 52.225-5, Trade Agreements Act:

**Noncompliant Product(s) with our Trade Agreements Act:**

**Part Number: XER115R00055 Fuser Unit for Xerox – CHINA made**

**Please submit SIP file upload upon receipt of Unilateral Mod (SF30) from your Contracting Officer/Specialist for the deletion of noncompliant products from GSA *Advantage!***

<u>**Although we have given you 1 or more part number(s), please review your MAS Contract for ALL noncompliant products** including the products from the above Manufacturer(s) that could possibly be made in a noncompliant country with our Trade Agreements Act, and add them to your deletions from your MAS Contract and from GSA *Advantage*.</u>

**Upon the issuance of this letter, your Contract Specialist will automatically prepare a SF30 "Unilateral" Modification** for the removal of the above non compliant product(s) from your Schedule contract and provide you with a copy. Once you receive a copy of this unilateral modification, immediately update your SIP file to delete the above product(s). For the product(s) identified above, you no longer have to send in a letter of request for the deletion, <u>unless</u> during a review of your MAS contract, you have identified noncompliant products, and you are sending a Mod request. **<u>Do not wait</u> for your quarterly review to submit your SIP file to <u>complete</u> the deletion from GSA *Advantage!***

It is strongly advised that your company **be proactive** in having a process in place to review **your** MAS Contract for **noncompliant TAA** products on a regular basis instead of waiting to receive a letter of noncompliance from our office. The manufacturers are moving the production of their products from time to time, and it is recommended that you obtain this information from them.

Carefully review your complete GSA *Advantage!* file to ensure that the country of origin is correct for **all other products**, not otherwise identified above. In addition, conduct a self-assessment of the current processes, procedures and/or systems that you have in place to monitor the country of origin for all products offered under your Schedule contract. <u>**If you discover any additional noncompliant products now, or throughout the year, please submit a separate SF30 Modification request to your Contract Specialist to remove these items from your contract.**</u> Be sure to include if you are selling a replacement, or a compatible product; and make that point clear in your description on GSA *Advantage*, also notify your Contract Specialist. <u>To avoid having to submit your SIP file a second time, please delete the product number(s) as it appear on GSA *Advantage* **(example: including a dash if any, or a space in between the prefix and the number)**.</u> Please send an Xcel spreadsheet listing the product numbers, and their descriptions to your Contract Specialist for their records.

To help us assist our customers, please provide some additional information regarding BPAs (Blanket Purchase Agreements), if applicable, on the items that are being deleted on the enclosed template and return this information to your Contract Specialist once you receive a copy of the modification.

**Your Contract Specialist should be notified via E-mail at Francine.Scott@GSA.Gov (212) 264-6967 IMMEDIATELY IF,**
**1)** You believe that the country of origin was entered in error. If this is the case, submit a short memo or e-mail outlining any inaccuracies.

**2)** An error was made in data entry upon original file submission and you only need to upload a corrected file using the Schedules Input Program (SIP).
**3)** If an item is multi-sourced and you are receiving your item from a compliant country, provide documentation, on company letterhead, only from the manufacturer stating the correct Country of Origin. You will also need to correct your SIP file for GSA *Advantage*.

Please understand that compliance with the Trade Agreements Act is a serious issue. The Department of Justice has been proactive in conducting investigations, and a number of settlements have already been reached under the *qui tam* provision of the False Claims Act.

If problems exist, we will work with you to address any compliance issues; however, be aware that the contractor is ultimately responsible for compliance with the Trade Agreements Act in accordance with clause 52.225-5 Trade Agreements.

If you have any questions, please feel free to contact michelle.williams@gsa.gov.

Cordially,


**Michelle Williams**
**Supply Management Specialist**
**TAA / GSA Advantage Coordinator**
General Services Administration
Office Products Acquisition Branch / 2QSAB
FAS / Services * Innovation * Value
Fax # (212) 264 - 1780
Tel # (212) 264 - 9211

========================================================================

In Addition, please supply the following information:

Noncompliant TAA Item Deletion Information


Contract Number:
Schedule/SIN Number:
Product Number/Name:
Is this product covered by any Blanket Purchase Agreements?
If yes, provide the following information for each BPA:

| BPA # | Agency | Agency POC / telephone # | Estimated Value | Estimated # of Items on BPA | Length of BPA |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

U.S. General Services Administration
26 Federal Plaza, Room 19-128
New York, NY 10278
www.gsa.gov