# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ex rel. Jeffrey Berkowitz, and ) Jeffrey Berkowitz individually,<br><br>Plaintiff(s),<br><br>v.<br><br>Automation Aids; A&E Office and Industrial Supply; Support of Microcomputers Associated; Aprisa Technology LLC; Supply Saver Corporation; United Office Solutions, Inc.; Vee Model Management Consulting; Caprice Electronics, Inc.; and Computech Data Systems,<br><br>Defendant(s). | Case No. 13 C 08185<br>Judge Edmond E. Chang |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

  which ☐ includes        pre–judgment interest.
  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered against Plaintiff and in favor of all Defendants. Case dismissed with prejudice.

This action was *(check one)*:

- ☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
- ☐ tried by Judge    without a jury and the above decision was reached.
- ☒ decided by Judge Edmond E. Chang on a motion to dismiss.

Date: 7/12/2017                              Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks , Deputy Clerk